

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2014

No. 04-12-00638-CV

Salvador G. **MORA**,
Appellant/Cross-Appellee

v.

Sylvia Ramon **MORA**,
Appellee/Cross-Appellant

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10478
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
        Karen Angelini, Justice
        Sandee Bryan Marion, Justice
        Marialyn Barnard, Justice
        Rebeca C. Martinez, Justice
        Patricia O. Alvarez, Justice
        Luz Elena D. Chapa, Justice

The court has considered the appellee's motion for en banc reconsideration, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court